# United States District Court
## FOR THE
### WESTERN DISTRICT OF MISSOURI

**UNITED STATES OF AMERICA**

     *v.*                        Case No.     02-04020-01-CR-C-SOW

**JAMES JUSTICE**

On  08/19/02 , the above named was placed on probation for a period of  3  years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

*/s/Steven C. Richert*

Steven C. Richert  
Supervising U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this    9th    day of    May   , 2005.

_____/s/ Scott O. Wright_____  
SCOTT O. WRIGHT  
SENIOR UNITED STATES DISTRICT JUDGE